UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON LEE,

    Plaintiff,

v.

Case No. 20-cv-12480
Hon. Matthew F. Leitman

OBELL WINN, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Orders entered on September 10, 2020, March 16, 2023, and this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

            KINIKIA ESSIX
            CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 29, 2023
Detroit, Michigan